IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED 2005 JUL 15 AM 11: 37
CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

James Patton Robertson
    Petitioner

Case no. 8:02-CR-30-T-23EAJ

Vs.

United States of America
    Respondent

**MOTION FOR DOWNWARD DEPARTURE PURSUANT TO Fed. R. Civ. Proc. rule 35.**

    Comes now James Patton Robertson, Petitioner, in proper person to move this Honorable Court for a downward departure pursuant to rule 35 for considerable cooperation with agent Carl P. Cuneo of the Federal Bureau of Investigation.
    IN 2003 I was debriefed by agent Cuneo on my eye witness account of a doubble homocide involving multipul people of a anti-government group. I disclosed locations with hand drawn maps to the victims. Two weeks later I met with representatives from the State department, at which time I was able to provide possitive identification of certain people in a unnamed lineup. I identified names along with photos of the individuals responsible for these attacks along with identification of the leaders and head of this organization. After the agents verified the authenticity of the foregoing information I was then allowed further cooperation in recovering the wepons used in these crimes. At this time I was transported from the county jail by the agents to the location where the weapons were hidden. We then proceeded by my direction to the location of these peoples residence during the time of these crimes. I was informed a few weeks later that the weapons had in fact been recovered. Shortly after this time I was brought up for sentencing without this cooperation being divulged by the agents due to the sensitive nature of the investigation. In the following month I was able to direct the agents to a colloborating witness who divulged physical evidence along with factual information of his relationship with these peoples. This second witness's statements and facts

1

with evidence proved supporting to the case and to the original information I divulged.

This case has continued to evolve with a series of further homocides with additional people becoming involved, some of which with ties to international organizations. This investigation which started with my cooperation has far reaching implications of a homeland security nature and detriment to the safety of the communities of our nation.

Due to the stress and fear involved with this cooperation, shortly after my sentencing I made the mistake of starting to divulge information to the courts about my role in these matters, due mainly to the alck of representation by the agents at my sentencing. At that time I was unaware through this fear, anxiety and stress that this action could jepordize or endanger the case.

I find myself now at a point in time where my cooperation has caused many problems between mysely and family due in part from my seperation by incarceration and the possibility of potential threat to myself and family. I feel I have no recourse at this time, in order to try to protect the unity and sanity of my family but to humbly pray that this Honorable Court will direct attention to the fact and details which can be verified by the agents under their scrutnity for the security of this investigation. I humbly ask this Honorable Court for a downward departure in consideration for my cooperation in order to allow me to try and save the sanctity of my family whithout which I feel will not survive.

Respectfully Submitted

*James Patton Robertson*
James Patton Robertson

### SWORN OATH

I certify under penalty of perjury that all of the foregoing facts and statements are true and correct to the best of my knowledge.

*James Patton Robertson*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion has been furnished to the U. S. Attorney's office at 400 N. Tampa St. Suite 3200 Tampa, Florida 33602 by U.S. mail first class postage prepaid on this 15th day of july, 2005.

*James Patton Robertson*